EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Designación de la Secretaria del Tribunal Supremo | 2002 TSPR 36<br><br>156 DPR \_\_\_\_ |

Número del Caso: EN-2002-002

Fecha: 2/abril/2002

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Designación de la Secretaria
del Tribunal Supremo


EN-2002-002


RESOLUCION


San Juan, Puerto Rico, a 2 de abril de 2002


Se designa Secretaria de este Tribunal a la Lcda. Patricia Otón Olivieri. Ésta ejercerá además, cualquier otra función que le asigne el Tribunal. La presente designación tendrá efecto tan pronto preste el juramento de toma de posesión de su cargo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina